Gillian Hines Kost (GK-2880)
LONDON FISCHER LLP
59 Maiden Lane, 41st fl.
New York, New York 10038
(212) 972-1000

Attorneys for Defendants: The Rector, Church-Wardens,
and Vestrymen of Trinity Church, in the city of New-York,
("Trinity Church") i/s/h/a "Rector of Trinity Church"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE: WORLD TRADE CENTER LOWER             :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION          :
------------------------------------------------------------x :  **TRINITY CHURCH'S**
MIRYAM NOGUERA and MARIO FEVILLET           :    **ADOPTION OF ANSWER**
                                            :    **TO MASTER COMPLAINT**
        v.                                  :
                                            :
                                            :    07 cv 05373
RECTOR OF TRINITY CHURCH                    :
------------------------------------------------------------x

PLEASE TAKE NOTE THAT Defendants, The Rector, Church-Wardens, and Vestrymen of Trinity Church, in the city of New-York ("Trinity Church") i/s/h/a "Rector of Trinity Church," by their attorneys, London Fischer, LLP, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt Trinity Church's Answer to Master Complaint, dated August 3, 2007, which was filed in the matter of In re World Trade Center lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH).

WHEREFORE, TRINITY CHURCH demands judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: New York, New York
September 17, 2007

           LONDON FISCHER LLP

           By: _____
           Gillian Hines Kost (GK-2880)
           59 Maiden Lane
           New York, New York  10038
           (212) 972-1000
           Attorneys for Defendants:
           The Rector, Church-Wardens,
           and Vestrymen of Trinity Church, in the city of
           New-York, ("Trinity Church") i/s/h/a "Rector of
           Trinity Church"

TO:
Battery Park City Authority
c/o Wilson Elser, et al.
3 Gannett Drive
White Plains, New York  10604

Robert J. Higgins
Dickstein Shapiro Morin & Oshinsky LLP,
2101 L Street N.W.
Washington, DC  20037

Lionshead 110 Development, LLC
Eschen, Frenkle & Weisman, LLP
20 West Main Street
Bayshore, NY  11706

*Liaison Counsel for Plaintiffs*
Christopher Lopalo, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th floor
New York, New York  10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th fl.
New York, New York  10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th floor
New York, New York  10279

***Liaison Counsel for the Defendants***
*Joseph Hopkins, Esq.*
*Patton Boggs LLP*
*1 Riverfront Plaza, 6th fl.*
*Newark, New Jersey  07102*

*Thomas Egan, Esq.*
*Flemming Zulack Williamson Zauderer LLP*
*One Liberty Plaza*
*New York, New York  10006*

K:\VGFutterman\WTC-Trinity\Pleadings\NoticeofAdoption-noguera.fevillet

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of Trinity Church's Notice of Adoption of Answer to Master Complaint was served via First Class Mail on the day of September 17, 2007, upon the following:

>Battery Park City Authority
>c/o Wilson Elser, et al.
>3 Gannett Drive
>White Plains, NY  10604
>
>Robert J. Higgins
>Dickstein Shapiro Morin & Oshinsky LLP,
>2101 L Street N.W.
>Washington, DC  20037
>
>Lionshead 110 Development, LLC
>Eschen, Frenkle & Weisman, LLP
>20 West Main Street
>Bayshore, NY  11706
>
>*Liaison Counsel for Plaintiffs*
>Christopher Lopalo, Esq.
>Worby Groner Edelman & Napoli Bern LLP
>115 Broadway, 12th floor
>New York, New York  10006
>
>Robert A. Grochow, Esq.
>Robert A. Grochow, P.C.
>233 Broadway, 5th fl.
>New York, New York  10279
>
>Gregory J. Cannata, Esq.
>Law Offices of Gregory J. Cannata
>233 Broadway, 5th floor
>New York, New York  10279
>
>*Liaison Counsel for Defendants*
>Joseph Hopkins, Esq.
>Patton Boggs LLP
>1 Riverfront Plaza, 6th fl.
>Newark, New Jersey  07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006

The undersigned further certifies that on September 17, 2007, I caused Trinity Church's Notice of Adoption of Answer to Master Complaint to be electronically served via the Court's ECF System.

Dated: September 17, 2007

_____
Gillian Hines Kost