UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER        21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

-------------------------------------------------------------------x
MIRYAM NOGUERA and MARIO FEVILLET

                              Plaintiffs,        Index No.: 07 CV 05373
    -against-

RECTOR OF TRINITY CHURCH, et al.        **NOTICE OF APPEARANCE**

                              Defendants.        **ELECTRONICALLY FILED**
-------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR OF TRINITY CHURCH".**

I certify that I am admitted to practice in this court.

Dated:     New York, New York
            December 10, 2007

                                      LONDON FISCHER LLP

                    By:    _____
                             Gillian Hines Kost (GK-2880)
                             59 Maiden Lane
                             New York, New York 10038
                             Phone: (212) 972-1000
                             Fax: (212) 972-1030

*Attorney for Defendants*
**THE RECTOR, CHURCH-WARDENS, and VESTRYMEN OF TRINITY CHURCH, IN THE CITY OF NEW-YORK, ("TRINITY CHURCH") I/S/H/A "RECTOR OF TRINITY CHURCH".**

K: VGFutterman\WTC-Trinity\Plaintiff\Noguera\Pleadings\Notice of Appearance